United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE L. GARCIA, Plaintiff | § § | |
| VS. | § § | B-04-072 |
| RUMALDO RODRIGUEZ, Defendant | § | CIVIL ACTON NO. _____ (JURY REQUESTED) |

## DEFENDANT'S VERIFIED PETITION OF NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now comes Defendant RUMALDO RODRIGUEZ and, pursuant to 28 U.S.C. §§1441(a) & 1446(a) and L.R. 81, files his verified Petition of NOTICE OF REMOVAL of the herein below styled and numbered pending State civil cause from the 138th Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division, and, in support hereof, respectfully shows the Court as follows:

I.

1. Plaintiff is George L. Garcia, who resides in Cameron County, Texas. Defendant is Rumaldo Rodriguez, who resides in Cameron County, Texas.

2. On March 19, 2004, Plaintiff filed an original Petition against Defendant in the 138th Judicial District Court of Cameron County, Texas, styled and numbered as George L. Garcia v. Rumaldo Rodriguez, Cause No. 2004-03-1575-B. INDEX OF EXHIBITS.

3. Defendant was served with said Petition on March 22, 2004, INDEX OF

EXHIBITS, and timely-files his Notice. 28 U.S.C. §1446(b).

II.

4. Removal is proper because Plaintiff's suit involves a federal question. 28 U.S.C. §§1331 & §1446(a), *supra*. Specifically, Plaintiff generally alleged violations of 42 U.S.C. §1983 by Defendant, in that he alleged that Defendant, acting under color of a statute, ordinance, regulation, custom, or usage, subjected or caused Plaintiff to be subjected to the deprivation of the rights, privileges or immunities guaranteed by the U.S. Constitution, and caused Plaintiff to suffer a significant reduction in pay, and caused Plaintiff to suffer shame, embarrassment, humiliation, and ignominy, and damages, etc. ¶¶ VI.; VII., sub-¶ 7.0.

5. Pursuant to §1446(a), *supra*, all pleadings, process, orders, and other filings in the State court action are attached hereto. INDEX OF EXHIBITS.

6. Venue in this District is proper under §1441(a), *supra*, because this District and Division embrace the place where Plaintiff's action is pending.

7. Pursuant to 28 U.S.C. §1446(d), Defendant will now file a NOTICE OF REMOVAL with the Clerk of the State court in which Plaintiff's action is pending.

8. Plaintiff did not demand a jury in the State court action, but Defendant requests one in this action.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court will, pursuant to §§1441(a), 1446(a), *supra*, grant his Petition of NOTICE OF REMOVAL of the herein above styled and numbered pending civil cause

from the 138th Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully Submitted By:

CAMERON COUNTY
COMMISSIONERS' COURT
CIVIL LITIGATION DIVISION
964 E. Harrison St., Ste. 420
Brownsville, Texas 78520
Telephone:   956.550.1345
Facsimile:    956.550.1348

_____
John A. Olson
Tex. Bar. No. 15274750
Federal Bar No. 4034
And
Dylbia Jefferies-Vega
Tex. Bar. No. 00786515
Federal Bar No. 17065
Of Counsel
Attorneys for
Defendant Rumaldo Rodriguez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE L. GARCIA, Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTON NO. _____ |
| RUMALDO RODRIGUEZ, Defendant | § | (JURY REQUESTED) |

## VERIFICATION

STATE OF TEXAS         ][

COUNTY OF CAMERON  ][

Before me, the undersigned authority personally appeared JOHN A. OLSON who, upon his oath, attested that:

My name is John A. Olson, and I am competent to make this statement. I prepared and reviewed the contents of the foregoing Defendant's verified original Petition of NOTICE OF REMOVAL, and attest that its contents are true and correct to the best of my knowledge, information, and belief.

_____
JOHN A. OLSON

Sworn to and subscribed before me on this 20th day of April 2004 to which witness my hand and seal of Office.

_____
NOTARY PUBLIC
In and for Cameron County, Texas
My Commission expires on Oct. 27, 2004

IRENE G. GONZALEZ
Notary Public, State of Texas
My Commission Expires
OCTOBER 27, 2004

C:\garcia.thr, 4/19/2004, 4:03 PM          4

## CERTIFICATE OF CONFERENCE

I hereby certify that I informed Plaintiff George L. Garcia's counsel, Mr. Peter M. Zavaletta, C/O The Zavaletta Law Firm, 603 E. St. Charles St., Brownsville TX. 78521, that this Office intended to file all relevant documents relating to a copy of Defendant Rumaldo Rodriguez's verified Petition of NOTICE OF REMOVAL on 19 April 2004 by telephone.

_____
John A. Olson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Rumaldo Rodriguez's verified Petition of NOTICE OF REMOVAL was mailed to Mr. Peter M. Zavaletta, C/O The Zavaletta Law Firm, 603 E. St. Charles, Brownsville TX. 78521, by certified mail, return receipt requested, on 20 April 2004.

_____
John A. Olson