

```
                                                        United States District Court
IN THE UNITED STATES DISTRICT COURT                      Southern District of Texas
   FOR THE SOUTHERN DISTRICT OF TEXAS                            FILED
          BROWNSVILLE DIVISION                              APR 2 0 2004

GEORGE L. GARCIA,        §                               Michael N. Milby
        Plaintiff        §                                Clerk of Court
                         §
                         §                           B-04-072
VS.                      §
                         §   CIVIL ACTON NO._____
RUMALDO RODRIGUEZ,       §   (JURY REQUESTED)
        Defendant
```

---

### INDEX OF EXHIBITS

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now comes Defendant RUMALDO RODRIGUEZ and, in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing the removal of civil actions, files his INDEX OF EXHIBITS, and would submit to the Court the following:

1. Plaintiff's Original Petition;

2. Citation issued to Rumaldo Rodriguez;

3. Certified Docket sheet; and

4. List of Parties and Counsel.

C:\garcia.one, 4/19/2004, 4:03 PM

Respectfully Submitted By:

CAMERON COUNTY
COMMISSIONERS' COURT
CIVIL LITIGATION DIVISION
964 E. Harrison St., Ste. 420
Brownsville, Texas 78520
Telephone:  956.550.1345
Facsimile:   956.550.1348

_____
John A. Olson
Tex. Bar. No. 15274750
Federal Bar No. 4034
And
Dylbia Jefferies-Vega
Tex. Bar. No. 00786515
Federal Bar No. 17065
Of Counsel
Attorneys for
Defendant Rumaldo Rodriguez

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Rumaldo Rodriguez's INDEX OF EXHIBITS was mailed to Mr. Peter M. Zavaletta, C/O The Zavaletta Law Firm, 603 E. St. Charles St., Brownsville TX. 78521, by certified mail, return receipt requested, on 20 April 2004.

_____
John A. Olson

FILED _____ 0'CLOCK __A__M
AURORA DE LA GARZA DIST. CLERK
MAR 19 2004
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_Reynaldo_ _____ DEPUTY

CAUSE NO: 2004-03-1575-B

| | | |
|---|---|---|
| GEORGE L. GARCIA<br>*Plaintiff* | § | IN THE DISTRICT COURT OF |
| vs. | § | CAMERON COUNTY, TEXAS |
| RUMALDO RODRIGUEZ<br>*Defendant* | § | 138th JUDICIAL DISTRICT |

### PLAINTIFF's ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW GEORGE L. GARCIA, Plaintiff in the above-styled, and by way of cause of action would show the court and jury as follows:

### I. DISCOVERY CONTROL PLAN

1.0   Plaintiff intends to conduct discovery pursuant to a Level 3 discovery control plan.

### II. PARTIES

2.0   Plaintiff GEORGE L. GARCIA is an individual who resides in Brownsville, Cameron County, Texas.

2.1   Defendant RUMALDO RODRIGUEZ is an individual who may be served with citation and process at his place of employment at 7300 Old Alice Rd., Olmito, Texas 78575.

### III. JURISDICTION AND VENUE

3.0   This court possesses subject matter jurisdiction because the amount in controversy exceeds the court's jurisdictional minimum. Moreover, venue is proper in Cameron County, Texas because

THE ZAVALETTA LAW FIRM
603 E. St. Charles St. • Brownsville, Texas 78521
Telephone (956) 546-5567 • Facsimile (956) 541-2205

SCANNED
MAR 2 4 2004

Plaintiff resides in Cameron County and the acts and omissions giving rise to this suit occurred in Cameron County.

IV.

4.0  Plaintiff GEORGE L. GARCIA ("GARCIA"), born November 9, 1960 in Brownsville, Texas, is a 1980 graduate of Homer Hanna High School. Plaintiff was, until his termination on March 5, 2004, a 23 year veteran of the Cameron County Sheriff's Department and had served the people of his county with distinction under 4 different sheriffs. On February 1, 1981 the then, late Sheriff Marshall Rousseau hired Plaintiff as a jail guard. From 1981 to 1983, Mr. Garcia served as jail guard, recreation officer, booking officer and Sgt. of Classification.

4.1  From 1984 to 1996 under then-Sheriff Alex Perez, Mr. Garcia served as jail guard before being promoted to Sergeant, then Senior Sergeant of Classification, then Lieutenant.

4.2  From 1997 to 2000 under then-Sheriff Omar Lucio, Mr. Garcia served as Senior Sergeant and Lieutenant.

4.3  From 2001 to 2004 under Sheriff Conrado Cantu, Mr. Garcia served as Sergeant and Lieutenant before being promoted to Captain.

4.4  Mr. Garcia is officially licensed as a jailer by the Texas Commission on Law Enforcement. In addition he has received commendations from the American Correctional Association of Lanham, Maryland, the United States Department of Justice Federal Prison System, the Texas Commission on Jail Standards, the Texas Department of Public Safety, the Texas Department of Health, the Texas Association of Counties, Sam Houston State University Criminal Justice Institute, the Cameron County Sheriff's Office, the Lower Rio Grande Valley Development Council Regional



SCANNED
MAR 2 4 2004

Police and Training Center and Academy, Texas Southmost College and the Rio Grande Council of the Boy Scouts of America.

4.5 In his 23 years with the Cameron County Sheriff's Department, Mr. Garcia had never been written-up, reprimanded, admonished or disciplined until the wrongful admonishment of July 14, 2003 the subject of this suit.

4.6 In late June 2003 and during normal business hours, Angeles Negrete Lares, Reporter of the Brownsville Herald, Juan Jose Ramirez V, Reporter of El Norte Reforma and a third unidentified member of the media visited the Carrizales-Rucker Detenton Center in Olmito, Texas to confirm that a particular individual was in fact in custody. The media inquiry was both appropriate and routine. Based on information and belief, the reporters first asked Juan Mendoza, Jr., Chief Deputy of the Cameron County Sheriff's Department for confirmation. Chief Mendoza appropriately referred the reporters to Commander Michael Tweedy. At that time, however, Commander Tweedy was away from the jail and otherwise unavailable. Immediately below Commander Tweedy in the chain of command was Plaintiff – Captain George L. Garcia.

4.7 The Government Code of the State of Texas provides that "basic information" about "an arrested person, an arrest or a crime" is "public information." TEX. GOV. CODE § 552.108(c); 552.021. The Texas Supreme Court and Texas Attorney General have ruled that 'basic information' includes "an arrestee's name, alias, social security number, race, sex, age, occupation, physical condition, name of arresting officer, and the charge, as well as a detailed description of the offense" TEX ATTORNEY GEN. ORDER-127 (1976); *see also Houston Chronicle Publishing Co. v. City of Houston,* 531 S.W.2d 177, 186-187 (Tex. Civ. App. – Houston [14th Dist.] 1975) *cited in Thomas v. Cornyn,* 71 S.W.3d 473, 479 (Tex. App. – Austin 2002, no writ).

SCANNED MAR 2 4 2004

4.8     Pursuant to these authorities as well as the fundamental right to know of the public and press guaranteed by the First Amendment to the United States Constitution, Captain George Garcia confirmed the individual inquired about was in fact incarcerated, and disclosed the date of his arrest and the offense with which the individual was charged. The information Captain Garcia confirmed and disclosed to the media is clearly public information. Moreover, he confirmed and disclosed far *less* information - not more - about the accused than is authorized. Lastly, Captain Garcia was the appropriate person in the chain of command to respond to a media inquiry.

4.9     On Sunday June 29, 2003, the Brownsville Herald published a story about the individual in question. Two days later, on Tuesday July 1, Defendant RUMALDO RODRIGUEZ, a Captain of the Cameron County Sheriff's Department Criminal Investigative Division, who at such time and at all times pertinent hereto was an agent, servant or employee of Cameron County, presented an "Employee Admonishment" form to Plaintiff. The subject of the admonishment was the "report of speaking with the media without authorization."

4.10    On Monday July 14, Plaintiff was given written notice that he was being demoted 3 ranks to Sergeant and was ordered to turn in all equipment and keys that pertained to his "former status" as Captain to Commander Tweedy. On March 5, 2004 Plaintiff was terminated from the employment of the Sheriff's Department altogether.

## V. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

5.0     Based on the above and foregoing, as well as such additional facts, if any be needed, that may be revealed during discovery, Defendant intentionally inflicted emotional distress on Plaintiff because Defendant acted intentionally or recklessly, his conduct was extreme and outrageous, his conduct caused his employee emotional distress and the resulting emotional distress suffered by the employee was severe.

SCANNED
MAR 2 4 2004

## VI. SECTION 1983

6.0 Pleading further and/or in the alternative, based on the above and foregoing, as well as such additional facts, if any be needed, that may be revealed during discovery, Defendant's conduct violated 42 U.S.C. § 1983 in that the defendant, acting under color of a state statute, ordinance, regulation, custom or usage, subjected or caused Plaintiff to be subjected to the deprivation of the rights, privileges or immunities guaranteed by the United States Constitution.

6.1 In admonishing, disciplining and demoting Plaintiff 3 ranks for confirming a legitimate media request and lawfully and appropriately providing it with information that is clearly "public information," Defendant caused Plaintiff to suffer a significant reduction in his pay, and has caused Plaintiff to suffer shame, embarrassment, humiliation and ignominy, all of which have led to persistent anxiety, loss of appetite and loss of sleep. This stress and anxiety culminated in and led to Plaintiff's recent emergency hospitalization.

## VII.

7.0 As a direct and proximate result of the Defendant's negligence, Plaintiff has suffered damages in an amount that exceed this court's jurisdictional minimum, and which include but are not limited to the pay Defendant has wrongfully deprived Plaintiff of, as well as damages for pain and suffering, mental anguish, loss of consortium and damages for loss of earning capacity. Plaintiff also seeks to recover prejudgment interest, post-judgment interest and court costs.

7.1 In addition, and pursuant to 42 U.S.C. § 1988, Plaintiff prays for the award of reasonable attorneys' fees and expenses incurred in this proceeding to enforce Section 1983.

SCANNED
MAR 2 4 2004

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that citation be issued and Defendant be served, and that Plaintiff recover from Defendant his actual damages, reasonable attorneys' fees together with court costs, prejudgment interest and postjudgment interest.

Respectfully Submitted,

THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520
Telephone (956) 546-5567
Facsimile  (956) 541-2205
ATTORNEYS FOR PLAINTIFF

By:_____
PETER M. ZAVALETTA
State Bar No. 22251600   *39001*

Citation for Personal Service - GENERAL Lit. Seq. # 5.002.01

No. 2004-03-001575-B

THE STATE OF TEXAS

**ORIGINAL**

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: RUMALDO RODRIGUEZ
7300 OLD ALICE ROAD
OLMITO, TEXAS 78575

the DEFENDANT, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said PETITION was filed on MARCH 19, 2004. A copy of same accompanies this citation.

The file number of said suit being No. 2004-03-001575-B.

The style of the case is:

GEORGE L. GARCIA
VS.
RUMALDO RODRIGUEZ

Said petition was filed in said court by HON. PETER M. ZAVALETTA (Attorney for PLAINTIFF), whose address is 603 E. ST. CHARLES BROWNSVILLE, TX. 78520.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 19th day of MARCH, A.D. 2004.

DISTRICT COURT ★ CAMERON COUNTY, TEXAS ★

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: Reynaldo Lopez Jr., Deputy

RETURN OF OFFICER

Came to hand the _____ day of _____, _____, at _____ o'clock ___.M., and executed (not executed) on the _____ day of _____, _____, by delivering to _____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____.

Cause of failure to execute this citation is: _____
_____.

FEES serving 1 copy    _____
Total....... $_____    Sheriff/constable _____ County, TEXAS
Fees paid by:_____    By _____ Deputy

PROCESS SERVED
AFFIDAVIT ATTACHED

**ORIGINAL**

## AFFIDAVIT OF SERVICE

**COUNTY: CAMERON**      CASE # 2004031575B      **COURT 138**

Clt. Ref.#          Clt.# 3083

GEORGE L. GARCIA

VS
RUMALDO RODRIGUEZ

The documents came to hand for service on 03/22/04  Time: 08:00:00

Documents received for service:

**CITATION PLAINTIFF'S ORIGINAL PETITION**

The documents were delivered on **03/22/04**  **Time: 11:30:00**

Executed at: 7300 Old Alice Road
             Olmito, TX 78575

to the following: **Rodriguez, Rumaldo**
                  **C/O: Cameron County Sheriff's Dept.**

____✓____ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

**AFFIDAVIT**

I, Eddie M Gonzalez                    , am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdiction, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: 50

Eddie M Gonzalez
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

Witness Fee Tendered: _____

STATE OF TEXAS}

**VERIFICATION**

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this 22 day of March 2004.

PCP Inv. #R03040184

FILED 11:40 O'CLOCK __ M
AURORA DE LA GARZA DIST. CLERK
MAR 2 3 2004
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

NOTARY PUBLIC FOR THE STATE OF TEXAS


JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

**CERTIFIED COPY**

```
                                                           PAGE: 01

* * C L E R K ' S   E N T R I E S * *        2004-03-001575-B

WALTER M. ZAVALETTA
ET AL. CHARLES
BROWNSVILLE, TX.        78520 0000        (06)   03   19   04
                                          WRONGFUL TERMINATION

03/19/04  ORIGINAL PETITION FILED
03/19/04  CITATION: RUMALDO RODRIGUEZ         FILED: 03/23/04
03/19/04         SERVED: 03/22/04
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE L. GARCIA, Plaintiff | § § | |
| VS. | § § § | CIVIL ACTON NO._____ |
| RUMALDO RODRIGUEZ, Defendant | § | (JURY REQUESTED) |

## LIST OF PARTIES AND COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now comes Defendant RUMALDO RODRIGUEZ and, in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, files his LIST OF PARTIES AND COUNSEL and would submit the following with the Court:

### PLAINTIFF

George L. Garcia

### PLAINTIFF'S COUNSEL

Peter M. Zavaletta
The Zavaletta Law Firm
603 E. St. Charles St.
Brownsville, Texas 78521
Telephone: 956-546-5567
Facsimile:   956-541-2205

### DEFENDANT

Rumaldo Rodriguez

**DEFENDANT'S COUNSEL**

John A. Olson
And
Dylbia Jefferies-Vega
Of Counsel
Cameron County
Commissioners' Court
Civil Legal Division
964 E. Harrison St., Ste 420
Brownsville, Texas 78520
956.550.1345     Telephone
956.550.1348     Fax

                                Respectfully Submitted By:

                                CAMERON COUNTY
                                COMMISSIONERS' COURT
                                CIVIL LITIGATION DIVISION
                                964 E. Harrison St., Ste. 420
                                Brownsville, Texas 78520
                                Telephone:   956.550.1345
                                Facsimile:    956.550.1348

                                _/s/ John A. Olson_____
                                John A. Olson
                                Tex. Bar. No. 15274750
                                Federal Bar No. 4034
                                And
                                Dylbia Jefferies-Vega
                                Tex. Bar. No. 00786515
                                Federal Bar No. 17065
                                Of Counsel
                                Attorneys for
                                Defendant Rumaldo Rodriguez

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Rumaldo Rodriguez's LIST OF PARTIES was mailed to Mr. Peter M. Zavaletta, C/O The Zavaletta Law Firm, 603 E. St. Charles St., Brownsville TX. 78521, by certified mail, return receipt requested, on 20 April 2004.

*John A. Olson*

John A. Olson

C:\GARCIA.TWO, 4/19/2004, 4:02 PM