United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE L. GARCIA, Plaintiff | § § | |
| VS. | § § | B-04-072 |
| RUMALDO RODRIGUEZ, Defendant | § § | CIVIL ACTON NO. _____ (JURY REQUESTED) |

### NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

TO: Mr. George L. Garcia, Plaintiff, by and through his attorney of record, Mr. Peter M. Zavaletta, C/O The Zavaletta Law Firm, 603 E. St. Charles, Brownsville TX. 78521

Pursuant to 28 U.S.C. §1446(d), you are hereby notified that on the 20 day of April 2004, in the above-styled and –numbered cause (being "George L. Garcia v. Rumaldo Rodriguez," Cause No. 2004-03-1575-B in the 138th Judicial Court), Defendant RUMALDO RODRIGUEZ filed his verified Petition of NOTICE OF REMOVAL in the United States District Court for the Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. §§1441(a) & 1446(a) and L.R. 81.

Copies of all relevant instruments are attached hereto for your review.

C:\garcia.fve, 4/19/2004, 4:01 PM

Respectfully Submitted By:

CAMERON COUNTY
COMMISSIONERS' COURT
CIVIL LITIGATION DIVISION
964 E. Harrison St., Ste. 420
Brownsville, Texas 78520
Telephone: 956.550.1345
Facsimile: 956.550.1348

_____
John A. Olson
Tex. Bar. No. 15274750
Federal Bar No. 4034
And
Dylbia Jeffries-Vega
Tex. Bar. No. 00786515
Federal Bar No. 17065
Of Counsel
Attorneys for
Defendant Rumaldo Rodriguez

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Rumaldo Rodriguez's NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL was filed with the United States District Court for the Southern District of Texas, Brownsville on 20 April 2004.

_____
John A. Olson

C:\garcia.fve, 4/19/2004, 4:01 PM