United States District Court
Southern District of Texas
FILED

APR 27 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE L. GARCIA, Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTON NO. B-04-072 |
| RUMALDO RODRIGUEZ, Defendant | § | (JURY REQUESTED) |

## DEFENDANT'S CERTIFICATE OF FINANCIALLY-INTERESTED ENTITIES.

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order of 19 April 2004 setting Conference and for Disclosure of Interested Parties, etc., now comes Defendant RUMALDO RODRIGUEZ and timely-files his Certificate of Financially-Interested Entities in the above-styled and -numbered cause, and certifies that the only entities, persons, etc., that are known to Defendant to be financially-interested in the outcome of this litigation are:

1. Plaintiff George L. Garcia, who resides in Cameron County, Texas.

2. Defendant Rumaldo Rodriguez, who resides in Cameron County, Texas.

3. Peter M. Zavaletta, Plaintiff's counsel; and

4. Cameron County, Texas, which filed Defendant's NOTICE OF REMOVAL on 19 April 2004.

Respectfully Submitted By:

CAMERON COUNTY
COMMISSIONERS' COURT
CIVIL LITIGATION DIVISION
964 E. Harrison St., Ste. 420
Brownsville, Texas 78520
Telephone:  956.550.1345
Facsimile:    956.550.1348

*/s/ Joe A. Olson*

John A. Olson
Tex. Bar. No. 15274750
Federal Bar No. 4034
And
Dylbia Jefferies-Vega
Tex. Bar. No. 00786515
Federal Bar No. 17065
Of Counsel
Attorneys for
Defendant Rumaldo Rodriguez

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Rumaldo Rodriguez's CERTIFICATE OF FINANCIALLY-INTERESTED PARTIES was mailed to Mr. Peter M. Zavaletta, C/O The Zavaletta Law Firm, 603 E. St. Charles, Brownsville TX. 78521, by certified mail, return receipt requested, on 27 April 2004.

*/s/ Joe A. Olson*

John A. Olson