United States District Court
Southern District of Texas
FILED

JUN 1 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE L. GARCIA, Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. B-04-072 |
| RUMALDO RODRIGUEZ, Defendant | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW George L. Garcia and Rumaldo Rodriguez, Plaintiff and Defendant respectively in the above entitled cause of action, and file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and in support thereof show:

I.

Plaintiff and Defendant, by and through their attorneys, have informed the Court that a settlement has been reached and the Parties have filed this Stipulation of Dismissal. The Parties move to dismiss Plaintiff's civil lawsuit with prejudice as part of the settlement agreement. This case is not a class action and a receiver has not been appointed. Plaintiff and Defendant hereby pray that all causes of action against Defendant be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff George L. Garcia and Defendant Rumaldo Rodriguez request this Court to enter an Agreed Order Dismissal dismissing this suit with prejudice as to Defendant Rumaldo Rodriguez, with all Court costs to be borne by the party incurring same.

P. 1 of 2

C:\garcia.ord, 6/11/2004

Respectfully Submitted By:

_____

Peter M. Zavaletta,
C/O The Zavaletta Law Firm
603 E. St. Charles
Brownsville TX. 78521
Telephone:   956.546.5567
Facsimile:    956.541.2205
Attorney for
Plaintiff George L. Garcia

And

_____

John A. Olson
CAMERON COUNTY
COMMISSIONERS' COURT
CIVIL LITIGATION DIVISION
964 E. Harrison St., Ste. 420
Brownsville TX. 78520
Telephone:   956.550.1345
Facsimile:    956.550.1348
Attorney for
Defendant Rumaldo Rodriguez