IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GEORGE L. GARCIA, § | |
| Plaintiff § | |
| § | |
| vs. § | CIVIL ACTION NO. B-04-072 |
| § | |
| RUMALDO RODRIGUEZ, Defendant § | |

## AGREED ORDER OF STIPULATION OF DISMISSAL

The Plaintiff George L. Garcia and Defendant Rumaldo Rodriguez have presented to this Court their agreed Stipulation of Dismissal wherein they pray that all causes of action as to Defendant be dismissed with prejudice. By their respective counsels' endorsement, there parties have agreed thereto, and the Court perceives nothing in said Stipulation or in this case's file to prevent the dismissal from being GRANTED.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's cause against Defendant be DISMISSED with prejudice, with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this _16th_ day of June 2004.

_____
JUDGE PRESIDING

P. 1 of 2

C:\garcia.ord, 6/11/2004

AGREED AS TO FORM:

*/s/ John A. Olson*

John A. Olson
CAMERON COUNTY
COMMISSIONERS' COURT
CIVIL LITIGATION DIVISION
964 E. Harrison St., Ste. 420
Brownsville TX. 78520
Attorney for
Defendant Rumaldo Rodriguez

*/s/*

Peter M. Zavaletta
C/O The Zavaletta Law Firm
603 E. St. Charles
Brownsville TX. 78521
Attorney for
Plaintiff George L. Garcia

cc:   Mr. John A. Olson, Cameron Co. Commissioners' Court, Civil Litigation Division, 964 E. Harrison St., Ste. 420 Brownsville, Texas 78520
      Mr. Peter M. Zavaletta, C/O The Zavaletta Law Firm, 603 E. St. Charles, Brownsville TX. 78520